Sheehan & Associates, P.C.     60 Cuttermill Road, Suite 409, Great Neck NY 11021-3104
spencer@spencersheehan.com     tel. (516) 268-7080    fax (516) 234-7800

February 16, 2021

District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    1:20-cv-9730-PGG-JLC
         Brown v. Kerry Inc.

Dear District Judge Gardephe:

      This office represents the Plaintiff. In accordance with your Honor's Individual Practices, Rule I(E), Plaintiff requests an adjournment of the initial conference and extension of time for submission of the joint letter and case management plan. ECF No. 5, November 20, 2020.

      The original initial conference date is Thursday, February 25, 2021 at 10:15 AM with the joint letter and case management plan to be submitted by Thursday, February 18, 2021. Defendant waived service of the summons on February 10, 2021 and its answer or response to the complaint is due on Monday, April 12, 2021. ECF No. 6.

      The proposed new date for the initial conference is Thursday, April 22, 2021 with the joint letter and case management plan submitted no later than Thursday, April 15, 2021. Plaintiff sent a draft of this letter request to Defendant on the evening of February 12, 2021 but has not heard back. However, given the nature of this request – to conform the scheduling dates to coincide with Defendant's deadline to answer or respond, there is no reason to expect Defendant would object, given that it is using this time to evaluate this action.

      There have been no previous requests for an adjournment of the conference and extension of time for submission of the joint letter. No prior request was granted or denied. The requested adjournment and extension do not affect any other scheduled dates. The request is submitted at least 48 hours prior to the date by which the parties are required to submit the joint letter. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

**MEMO ENDORSED**
The application is granted. The conference scheduled for February 25, 2021 is adjourned to **April 22, 2021 at 9:45 a.m. by telephone.** The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

February 17, 2021

Certificate of Service

I certify that on February 16, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
| --- | --- | --- | --- | --- |
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan