UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACLYN BROWN, individually and on behalf of all others similarly situated,

                Plaintiff,

    - against -

KERRY, INC.,

                Defendant.

**ORDER**

20 Civ. 9730 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter scheduled for April 22, 2021, is adjourned to **May 6, 2021 at 10:00 a.m.** by telephone.[1]

        By **April 29, 2021**, the parties will submit a joint letter stating whether they have been able to reach a stipulation as to the following matters discussed in Plaintiff's April 14, 2021 letter (Pltf. Ltr. (Dkt. No. 16) at 1, 3):  (1) to substitute Oregon Chai for Defendant Kerry, Inc., and (2) to decide out-of-state putative class member's claims based on the consumer protection statutes of their states.

Dated: New York, New York
       April 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.