

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 1, 2021

**By Electronic Filing**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**Re:**   *Brown v. Oregon Chai Inc.*, 1:20-cv-09730-PGG-JLC (S.D.N.Y.)

Dear Judge Gardephe:

We write on behalf of Plaintiff Jaclynn Brown ("Plaintiff") and Defendant Oregon Chai Inc. ("Oregon Chai" or, collectively with Plaintiff, the "Parties") in order to request an adjournment of the status conference currently set for December 2, 2021. *See* ECF No. 31.  In light of the current stay of discovery deadlines, *see* ECF No. 39, as well as Magistrate Judge Cott's Report and Recommendation issued November 22, 2021, *see* ECF No. 40, the Parties agree that an adjournment of the upcoming status conference until after the Court renders a decision on the pending motion to dismiss would promote efficiency for the Court and the Parties.  If Your Honor would prefer to move forward with the conference, the Parties are prepared to attend.

Respectfully submitted,

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C. Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin. For more information see www.hoganlovells.com

- 2 -                                            December 1, 2021

**HOGAN LOVELLS US LLP**                 **SHEEHAN & ASSOCIATES, P.C.**

By: */s/ Pieter Van Tol*                 By: */s/ Spencer Sheehan*
Pieter Van Tol                               Spencer Sheehan
Daniel Petrokas                              60 Cuttermill Rd Ste 409
390 Madison Avenue                           Great Neck, NY 11021-5101
New York, New York 10017                     Telephone: (516) 260-7080
Telephone: (212) 918-3592                    Fax: (516) 234-7800
Fax: (212) 918-3100                          Email: spencer@spencersheehan.com
Email: pieter.vantol@hoganlovells.com        *Attorney for Plaintiff*
      daniel.petrokas@hoganlovells.com
*Attorneys for Defendant*

**Memo Endorsed:**  The application is granted.  The conference
scheduled for December 2, 2021 is adjourned <u>sine die</u>.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated:  December 1, 2021