UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACLYNN BROWN, individually and on behalf of others similarly situated, | |
| Plaintiff, | **ORDER** |
| - against - | 20 Civ. 9730 (PGG) |
| KERRY INC., | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

On March 7, 2022, this Court granted Defendant's motion to dismiss the Complaint, with leave to amend. (March 7, 2022 Order (Dkt. No. 43) at 16) In that order, this Court stated that "[a]ny motion for leave to file an amended complaint will be submitted by **March 21, 2022**." (Id.) To date, no motion for leave to file an amended complaint has been filed. Accordingly, the Clerk of Court is directed to close this case.

Dated: New York, New York
       April 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge